PAMELA M. EGAN (SBN 224758)
Pegan@potomaclaw.com
STEPHANIE A. JOYCE (SBN 198978)
Stephanie.Joyce@potomaclaw.com
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, Suite 700
Washington, DC 20004
Telephone: 202.838.3173
Facsimile: 202.318.7707

Attorneys for Third-Party Defendant
INTELEPEER
CLOUD COMMUNICATIONS, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CREDITORS ADJUSTMENT BUREAU, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TELESPACE, LLC AKA TELESPACE LLC; and John Does 1 through 10, Inclusive,<br><br>Defendants.<br><br>TELESPACE, LLC,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>INTELEPEER CLOUD COMMUNICATIONS, LLC,<br><br>Third-Party Defendant. | Case No. 3:19-cv-04294-WHO<br><br>**Complaint Filed: June 10, 2019**<br>**Trial Date: February 16, 2021**<br><br>**STIPULATION TO CONTINUE DATES FOR RULE 26 DISCLOSURES, BRIEFING DATES FOR MOTION TO DISMISS, AND HEARING ON MOTION**<br><br>**[LCivR 6-2]**<br><br>Next Date: Hearing, February 12, 2020<br>Time: 2:00 p.m. Pacific Time |

STIPULATION TO CONTINUE DATES FOR RULE 26 DISCLOSURES, BRIEFING
DATES FOR MOTION TO DISMISS, AND HEARING ON MOTION

Plaintiff CREDITORS ADJUSTMENT BUREAU, INC. ("CAB"), Defendant TELESPACE, LLC ("TeleSpace"), and Third-Party Defendant INTELEPEER CLOUD COMMUNICATIONS, LLC ("IntelePeer Cloud"), collectively the "Parties," through counsel, stipulate as follows:

**RECITALS**

1. On November 22, 2019, IntelePeer Cloud filed a Motion to Dismiss the First Amended Third-Party Complaint (ECF 41).
2. The Court convened a Case Management Conference on December 3, 2019, during which it instructed all Parties to serve Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) by January 6, 2020.
3. On December 11, 2019, the Court referred this case to the ADR Panel for supervised Mediation.
4. Also on December 11, 2019, the Court granted (ECF 49) a previous Stipulation by the Parties (ECF 46) and reset the briefing and hearing schedule for ECF 41 as follows:
   a. Response to ECF 41 due January 7, 2020;
   b. Reply in Support of ECF 41 due January 20, 2020; and
   c. Motion Hearing calendared for February 12, 2020, at 2:00 pm PT.
5. On December 12, 2019, the ADR Clerk of this Court appointed Stella Fey Epling to mediate this case, and Ms. Epling subsequently contacted all Parties for the purpose of arranging the Mediation.
6. The Parties have been working toward resolution of all claims and now anticipate final resolution in the next few weeks.

**STIPULATION**

The Parties hereby stipulate pursuant to LCivR 6-2 that the deadlines recited above should be continued as follows:

STIPULATION TO CONTINUE DATES FOR RULE 26 DISCLOSURES, BRIEFING DATES FOR MOTION TO DISMISS, AND HEARING ON MOTION

| | |
|---|---|
| 1 | —Fed. R. Civ. P. 26(a) Disclosures to be served by February 7, 2020; |
| 2 | —Response to ECF 41 due March 6, 2020; |
| 3 | —Reply in Support of ECF 41 due March 20, 2020; and |
| 4 | —Motion Hearing to convene on Wednesday, April 8, 2020, at 2:00 pm PT, or on a date |
| 5 | thereafter as is convenient to the Court. |

Dated: December 23, 2019          By: /s/Stephanie A. Joyce
                                  STEPHANIE A. JOYCE (SBN 198978)
                                  PAMELA M. EGAN (SBN 224758)
                                  POTOMAC LAW GROUP, PLLC

                                  Attorneys for Third-Party Defendant
                                  INTELEPEER
                                  CLOUD COMMUNICATIONS, LLC

Dated: December 23, 2019          By: /s/Peter L. Isola
                                  PETER L. ISOLA (SBN 144146)
                                  PETER J. FELSENFELD (SBN 260433)
                                  LEILA M. MOHSENI (SBN 315591)

                                  Attorneys for Defendant/Third-Party
                                  Plaintiff TELESPACE, LLC

Dated: December 23, 2019          By: /s/Nate Bernstein
                                  NATE BERNSTEIN (SBN 164888)

                                  Attorney for Plaintiff
                                  CREDITORS ADJUSTMENT
                                  BUREAU, INC.

I hereby attest that I have obtained the concurrence of Nate Bernstein, counsel for Plaintiff Creditors Adjustment Bureau, Inc., and Peter L. Isola, counsel for Defendant/Third-Party Plaintiff TeleSpace, LLC, for the filing of this Stipulation.

                                  /s/Stephanie A. Joyce
                                  Stephanie A. Joyce

STIPULATION TO CONTINUE DATES FOR RULE 26 DISCLOSURES, BRIEFING DATES FOR MOTION TO DISMISS, AND HEARING ON MOTION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 24, 2019

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE DATES FOR RULE 26 DISCLOSURES, BRIEFING DATES FOR MOTION TO DISMISS, AND HEARING ON MOTION

| | |
|---|---|
| 1 | PAMELA M. EGAN (SBN 224758) |
| | Pegan@potomaclaw.com |
| 2 | STEPHANIE A. JOYCE (SBN 198978) |
| 3 | Stephanie.Joyce@potomaclaw.com |
| | POTOMAC LAW GROUP, PLLC |
| 4 | 1300 Pennsylvania Avenue, Suite 700 |
| | Washington, DC 20004 |
| 5 | Telephone: 202.838.3173 |
| 6 | Facsimile: 202.318.7707 |
| 7 | Attorneys for Third-Party Defendant |
| | INTELEPEER |
| 8 | CLOUD COMMUNICATIONS, LLC |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CREDITORS ADJUSTMENT BUREAU, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TELESPACE, LLC AKA TELESPACE LLC; and John Does 1 through 10, Inclusive, <br><br> Defendants. | Case No. 3:19-cv-04294-WHO <br><br> **Complaint Filed: June 10, 2019** <br> **Trial Date: February 16, 2021** |
| TELESPACE, LLC, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> INTELEPEER CLOUD COMMUNICATIONS, LLC, <br><br> Third-Party Defendant. | **DECLARATION OF STEPHANIE A. JOYCE IN SUPPORT OF STIPULATION TO CONTINUE DATES FOR RULE 26 DISCLOSURES, DATES FOR BRIEFING MOTION TO DISMISS, AND HEARING ON MOTION** <br><br> **[LCivR 6-2]** <br><br> Next Date: Hearing, February 12, 2020 <br> Time: 2:00 p.m. Pacific Time |

DECLARATION OF STEPHANIE A. JOYCE IN SUPPORT OF STIPULATION TO
CONTINUE DATES FOR RULE 26 DISCLOSURES, DATES FOR BRIEFING MOTION TO
DISMISS, AND HEARING ON MOTION

I, STEPHANIE A. JOYCE, declare under penalty of perjury as follows:

1. I am counsel to Third-Party Defendant IntelePeer Cloud Communications, LLC ("IntelePeer Cloud") in this action. I am over the age of 18, have personal knowledge of the facts stated herein, and could testify to the same.
2. On November 22, 2019, IntelePeer Cloud filed a Motion to Dismiss the First Amended Third-Party Complaint (ECF 41).
3. The Court convened a Case Management Conference on December 3, 2019, during which it instructed all Parties to serve Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) by January 6, 2020.
4. The Court has referred this case to the ADR Panel for supervised Mediation.
5. On December 11, 2019, the Court granted (ECF 49) a previous Stipulation by the Parties (ECF 46) and reset the briefing and hearing schedule for ECF 41 as follows:
    a. Response to ECF 41 due January 7, 2020;
    b. Reply in Support of ECF 41 due January 20, 2020;
    c. Motion Hearing calendared for February 12, 2020, at 2:00 pm PT.
6. On December 12, 2019, the ADR Clerk of this Court appointed Stella Fey Epling to mediate this case, and Ms. Epling subsequently contacted all Parties for the purpose of arranging the Mediation.
7. The Parties have been working toward resolution of all claims and now anticipate final resolution in the next few weeks.
8. The Parties have all agreed in writing via electronic mail to accept and propose the following amended schedule for the briefing and hearing of ECF 41:
    a. Fed. R. Civ. P. 26(a) Disclosures to be served by February 7, 2020;
    b. Response to ECF 41 due March 6, 2020;
    c. Reply in Support of ECF 41 due March 20, 2020; and

DECLARATION OF STEPHANIE A. JOYCE IN SUPPORT OF STIPULATION TO CONTINUE DATES FOR RULE 26 DISCLOSURES, DATES FOR BRIEFING MOTION TO DISMISS, AND HEARING ON MOTION

        d.  Motion Hearing to convene on Wednesday, April 8, 2020, at 2:00 pm PT, or a late date convenient to the Court.

I hereby affirm that the foregoing is true and correct to the best of my knowledge.

Dated: December 23, 2019                 By:_____
                                                    Stephanie A. Joyce

---

DECLARATION OF STEPHANIE A. JOYCE IN SUPPORT OF STIPULATION TO CONTINUE DATES FOR RULE 26 DISCLOSURES, DATES FOR BRIEFING MOTION TO DISMISS, AND HEARING ON MOTION